**Order filed October 19, 2017**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-16-00764-CR**
**NO. 14-16-00766-CR**

———————

**JESUS ROSALES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1458489, 1458488**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit 23, a DVD.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of State's Exhibit 23, a DVD, on or before **October 30, 2017.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit 23, a DVD, to the clerk of the 178th District Court.


PER CURIAM